UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN LENFEST, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>VERIZON ENTERPRISE SOLUTIONS LLC,<br>　　　　　　　　　　Defendant. | Case No. 1:13-cv-11596 (NMG) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and District of Massachusetts Rule 7.3(A), Verizon Enterprise Solutions LLC, by its attorneys, respectfully submits this corporate disclosure statement. *See* Fed. R. Civ. P. 7.1(b); D. Mass. R. 7.3(A).

Verizon Enterprise Solutions LLC is a Delaware limited liability company and wholly-owned subsidiary of Verizon New York Inc., a New York corporation. Verizon New York, Inc. is wholly owned by NYNEX LLC, a Delaware limited liability company. NYNEX LLC is wholly owned by Verizon Communications Inc., Delaware corporation. Verizon Communications Inc. is a publicly-held company listed on the New York Stock Exchange ("NYSE") with ticker symbol "VZ."

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Andrew G. McBride
　　　　　　　　　　　　　　　　　Andrew G. McBride (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　amcbride@wileyrein.com
　　　　　　　　　　　　　　　　　Joshua S. Turner (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　jturner@wileyrein.com
　　　　　　　　　　　　　　　　　WILEY REIN LLP
　　　　　　　　　　　　　　　　　1776 K Street, NW
　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　Tel.: 202.719.7000
　　　　　　　　　　　　　　　　　Fax: 202.719.7049
　　　　　　　　　　　　　　　　　***Attorneys for Defendant***
　　　　　　　　　　　　　　　　　***Verizon Enterprise Solutions LLC***

        */s/ William A. Worth*
        William A. Worth, BBO # 544086
        wworth@princelobel.com
        PRINCE LOBEL TYE LLP
        100 Cambridge Street, Suite 2200
        Boston, MA 02114
        Tel.: 617.456.8000
        Fax: 617.456.8100
        ***Attorney for Defendant***
        ***Verizon Enterprise Solutions LLC***

Dated: This 25th day of September, 2013.

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2013, a copy of the foregoing Corporate Disclosure Statement was filed with the Court via ECF and served upon all parties pursuant to Local Rule 5.4. *See* D. Mass. R. 5.4.

Respectfully submitted,

*/s/ William A. Worth*
William A. Worth, BBO # 544086
wworth@princelobel.com
PRINCE LOBEL TYE LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114
Tel.: 617.456.8000
Fax: 617.456.8100
***Attorney for Defendant***
***Verizon Enterprise Solutions LLC***