UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN LENFEST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON ENTERPRISE SOLUTIONS LLC,<br><br>Defendant. | Case No. 1:13-cv-11596 (NMG)<br><br>**AFFIDAVIT OF<br>MONNA ROBERSON** |

I, Monna Roberson, being duly sworn, depose and say:

1. I am employed by Verizon Services Organization Inc. as Senior Consultant—Product Management/Development. I have personal knowledge of the facts set forth herein. I respectfully submit this affidavit in support of Verizon Enterprise Solutions LLC's ("Verizon") Motion to Dismiss and Motion to Compel Arbitration.

2. Verizon files tariffs detailing the binding terms of its Massachusetts common carrier service. Section 3.8 of Verizon Enterprise Solutions Massachusetts Tariff (the "Verizon Tariff") describes the FirmRate Advantage Plan. Attached hereto as Exhibit A are the relevant portions of the Verizon Tariff.

3. Section 3.8.1 of the Verizon Tariff states that "[a] Minimum Spend Level Charge applies to Customers subscribing to this plan as specified in the Company's interstate Product Guide. See www.verizonldregulatory.com." Section 3.8.1 of the Verizon Tariff also states that the intrastate FirmRate Advantage Plan (described in the Verizon Tariff) is an add-on to the interstate FirmRate Advantage Plan (described in the Product Guide).

4. Subscribers to the FirmRate Advantage Plan are parties to a Service Agreement with Verizon, which is also available at www.verizonldregulatory.com. Attached hereto as Exhibit B is the current Service Agreement. Attached hereto as Exhibit C is the Service Agreement effective in 2004.

5. Section 1 of the current Service Agreement incorporates by reference the complete terms and conditions of the FirmRate Advantage Plan as provided in the Product Guide, and explains how the customer can access the Product Guide.

6. Section 2 of the 2004 Service Agreement incorporates by reference "[a]dditional information relating to the Services and the Calling Plan [available online at] http://www.verizonld.com/about/regulatoryinfo/index.htm."

7. The FirmRate Advantage Plan section of the Product Guide describes the Minimum Spend Level ("MSL") requirement and the corresponding shortfall charge when a subscriber's long distance billing falls below the MSL in any full billing period. Attached hereto as Exhibit D is the current FirmRate Advantage Plan section in the Product Guide. The FirmRate Advantage Plan also included the MSL requirement in 2005. Attached hereto as Exhibit E is the FirmRate Advantage Plan section of the 2005 Product Guide.

8. The General Terms and Conditions Section of the Product Guide contains a written arbitration provision under the heading "Alternative Dispute Resolution." This Alternative Dispute Resolution provision in the Product Guide states that any claims arising under the Service Agreement are subject to binding arbitration. Attached hereto as Exhibit F is the relevant portion of the current General Terms & Conditions Section of the Product Guide.

9. The Alternative Dispute Resolution provision in the Product Guide further states that any claims arising under the Service Agreement must be pursued on an individual basis, and

that the parties to the Service Agreement waive any rights to pursue any claims arising under the Service Agreement on a class basis. The Alternative Dispute Resolution provision also states that individual arbitration shall be administered according to the Commercial Arbitration Rules of the American Arbitration Association. *See* Ex. F.

10. Since at least 2004, the Product Guide has contained this same arbitration clause. Attached hereto as Exhibit G is the relevant portion of the 2004 General Terms & Conditions Section of the Product Guide.

11. The current Product Guide and Service Agreement are publicly available to subscribers on the website referenced in the Verizon Tariff: www.verizonldregulatory.com.

12. If called as a witness, I would and could competently testify to all of the foregoing, which is within my personal knowledge or based upon information gathered within the course and scope of my duties as Senior Consultant—Product Management/Development.

I, Monna Roberson, declare under penalty of perjury that the foregoing is true and correct.

_Monna Roberson_
Monna Roberson

Executed on September 24, 2013.