# EXHIBIT D



**VERIZON ENTERPRISE SOLUTIONS LLC**
**PRODUCT GUIDE**
**FirmRate Advantage Plan**
**VES_0009_DBCPL**
**Guide Effective Date:  11/19/09**
**Guide Revision Date:  7/1/10**

**FirmRate Advantage Plan**

**General Description**

The FirmRate Advantage Plan is offered to Business Customers for outbound direct dialed calling from presubscribed switched Access Lines at one flat per minute rate. Inbound (toll free) calling is also available for termination on switched Access Lines.

(D)

Customers may select a one or three year term commitment in order to obtain lower rates.

The Customer who discontinues or cancels the Company's service, or whose service is refused, canceled or discontinued by the Company under this tariff, shall forfeit eligibility for the discounted rates under this Option.  The Customer who forfeits eligibility for this Option and remains presubscribed to the Company's service will be charged the FirmRate Plus calling plan rates as specified in this tariff.

**Billing Increments**

The billing increment and minimum call duration of each call is determined by the access method selected by the Customer and the call type. Partial increments are rounded up to the next increment.

| Access Type/Call Type | Initial Increment | Additional Increment |
|---|---|---|
| Switched Access (Month to Month) | 60 seconds | 6 seconds |
| Switched Access (1 & 3 Year Term) | 18 seconds | 6 seconds |
| Operator Assisted | 60 seconds | 60 seconds |

**Other Terms and Conditions**

[Taxes and Fees](#) are in addition to the stated rates.

(D)

*Verizon Enterprise Solutions Product Guides are subject to and part of the Service Agreement and may be changed and/or discontinued by Verizon Enterprise Solutions.*   1



**VERIZON ENTERPRISE SOLUTIONS LLC**
**PRODUCT GUIDE**
**FirmRate Advantage Plan**
**VES_0009_DBCPL**
**Guide Effective Date:  11/19/09**
**Guide Revision Date:  7/1/10**

**Termination Liability**

When the Customer terminates service under this plan prior to the expiration of the Customer's selected term commitment, a termination charge will be assessed. The termination charge is calculated by multiplying 35 percent (35%) of the Customer's Minimum Spend Level times the number of months remaining in the term.

The early termination charge will apply under the following circumstances:

1.   When the Customer disconnects its entire account; or
2.   When the Customer selects a shorter term.

The early termination charge will not apply under the following circumstances:

1.   When the Customer's physical location changes, but the term plan is continued at the new location;
2.   When the Customer negotiates the term plan for a longer term;
3.   When the Customer moves to a jurisdiction where the Company is prohibited from offering service;
4.   When the Customer changes plan prior to 60 days of service;
5.   When the Customer returns to the Company and the same term length agreement as a result of a Winback program; or
6.   When the Customer moves from a one or three year term on FirmRate Advantage Plan to either a one or three year term on FirmRate Plus Plan or FlexDistance Plan.

At the expiration of the term commitment, the Customer will continue at the same commitment and usage rate unless they choose to make a change, either to a different term commitment/minimum usage guarantee or to a different plan. If the Customer continues without changing, they will still be liable for the minimum usage guarantee to which they were originally subscribed.

*Verizon Enterprise Solutions Product Guides are subject to and part of the Service Agreement and may be changed and/or discontinued by Verizon Enterprise Solutions.*



**VERIZON ENTERPRISE SOLUTIONS LLC**
**PRODUCT GUIDE**
**FirmRate Advantage Plan**
**VES_0009_DBCPL**
**Guide Effective Date:  11/19/09**
**Guide Revision Date:  7/1/10**

**Rates and Charges**

    **Usage Rates**

        Usage Rates are determined according to the Term Commitment selected by the Customer.

        Switched Access Outbound Rates

|  | Month to Month | One Year Term | Three Year Term |
|---|---|---|---|
| Rate Per Minute: | $0.064 | $0.060 | $0.055 |

        Switched Access Inbound (Toll Free) Rates

|  | Month to Month | One Year Term | Three Year Term |
|---|---|---|---|
| Rate Per Minute: | $0.064 | $0.060 | $0.055 |

    **Minimum Spend Level**

        When the Customer's billing falls below the Minimum Spend Level in any full billing period, a shortfall charge will be applied which is equal to the difference between the Minimum Spend Level (MSL) and the actual contributory billing for that billing period.

        Direct dialed calls (including intrastate and interstate calls), operator assisted calls, directory assistance calls, Toll Free calls and Monthly Recurring Charges, International Plan Monthly Recurring Charges, free minute promotions, percentage discount promotions and Toll Free MRC waivers will contribute toward meeting the MSL unless otherwise excluded in the service description in the applicable Product Guide. Only charges of the Company will contribute to the MSL. Taxes, surcharges and charges billed by other carriers on the Customer's bill will not contribute to the MSL.   (D)

|  | Month to Month | One Year Term | Three Year Term |
|---|---|---|---|
| Minimum Spend Level | $10.00 | $5.00 | $5.00 |