UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN LENFEST, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>   v.<br><br>VERIZON ENTERPRISE SOLUTIONS, LLC,<br><br>                        Defendant. | C.A. No: 1:13-cv-11596-NMG |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice, and without fees or costs to any party, prior to service by Defendant of either an answer to Plaintiff's complaint or a motion for summary judgment.  The purpose of this dismissal is so that Plaintiff can seek immediate review of this Court's Memorandum & Order dated September 29, 2014 [Dkt. No. 41], which granted Defendant's motion to compel arbitration and which stayed the above-captioned case pending arbitration.  No class has been certified in this action.

Dated:  December 11, 2014

Respectfully submitted,

**PASTOR LAW OFFICE, LLP**

/s/ David Pastor
David Pastor (BBO # 391000)
63 Atlantic Avenue, 3d Floor
Boston, Massachusetts  02110
Telephone:  617-742-9700
Facsimile:  617-742-9701
dpastor@pastorlawoffice.com

**MILBERG LLP**

/s/ Joshua E. Keller_____
Joshua E. Keller (*pro hac vice*)
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119-0165
Telephone: 646-733-5718
Facsimile:  212-504-9581
jkeller@milberg.com

**LEONARD LAW OFFICE, LLP**

/s/ Preston W. Leonard
Preston W. Leonard (BBO # 680991)
63 Atlantic Avenue
Boston, MA 02110
Telephone:  617-329-1295
pleonard@theleonardlawoffice.com

*Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 11, 2014.

/s/  David Pastor_____
David Pastor