**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Brian Lenfest, individually and**
**on behalf of all other**
**similarly situated,**
              Plaintiff,

    v.                                    CIVIL ACTION **1:13-11596-NMG**

**Verizon Enterprise Solution, LLC,**
              Defendant.

**ORDER OF DISMISSAL**

    Gorton    D.J.

In accordance with the Court's Memorandum and Order (dkt. no. 52) dated 3/4/2015, denying Verizon's Motion to Strike (dkt. no. 27) to the extent it seeks to strike language from the plaintiff's notice of voluntary dismissal, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED with prejudice.

    3/4/2015                                                      By the Court,
      Date

                                                                  /s/Christopher Danieli
                                                                 **Deputy Clerk**