# United States Court of Appeals
## For the First Circuit

No. 15-1355

BRIAN LENFEST, individually and on behalf of all others similarly situated

Plaintiff - Appellant

v.

VERIZON COMMUNICATIONS, INC.; VERIZON ENTERPRISE SOLUTIONS, LLC

Defendants - Appellees

**JUDGMENT**

Entered: June 30, 2015
Pursuant to 1st Cir. R. 27.0(d)

      Upon consideration of plaintiff-appellant's assented-to motion, it is hereby ordered that this case be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

      Mandate to issue forthwith.


      By the Court:

      /s/ Margaret Carter, Clerk


cc:
David Pastor
William A. Worth
Andrew Gerald McBride
Joshua Scott Turner