# United States Court of Appeals
## For the First Circuit

No. 15-1355

BRIAN LENFEST, individually and on behalf of all others similarly situated

Plaintiff - Appellant

v.

VERIZON COMMUNICATIONS, INC.; VERIZON ENTERPRISE SOLUTIONS, LLC

Defendants - Appellees

**MANDATE**

Entered: June 30, 2015

In accordance with the judgment of June 30, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Andrew Gerald McBride
David Pastor
Joshua Scott Turner
William A. Worth